IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT, AFFIDAVIT AND ARREST WARRANT | ) Misc. No. 1:05-M-140M |

**MOTION TO SEAL**

The United States of America, by and through its attorneys, ROBERT CLARK CORRENTE, United States Attorney, and Richard W. Rose, Assistant United States Attorney, move that the attached Affidavit be sealed from the public file until further order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

SO ORDERED:

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: 11-14-05