UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:05-M-140M
:
BOBBY SOUNDARA :

**GOVERNMENT'S MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, and, pursuant to 18 U.S.C. §3161(h), moves to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. §3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed in writing that the period from November 30, 2005 through (but no later than) January 14, 2006 be excluded from the §3161(b) time limit. The government moves that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. §3161(h).[1]

The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I). As indicated in Exhibit A, should defense

---

[1] The agreement, in the form of a waiver of rights under the Speedy Trial Act, is attached as Exhibit A to this Motion. The time from the filing of this Motion until its disposition, of course, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

counsel notify the government in writing that further plea negotiations would be fruitless, the government agrees that the speedy indictment "clock" would begin running again.

For all of the foregoing reasons, the government believes that the ends of justice justify the exclusion of the period from November 30, 2005 until either January 14, 2006, or the time that defense counsel terminates plea negotiations in writing, whichever is sooner.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 30th day of November, 2005, a copy of the within Government's Motion and Memorandum to Exclude Certain Time Under the Speedy Trial Act, was forwarded by fax to (401) 528-4285, and by first-class mail, postage prepaid, to:

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, 3rd Floor
Providence, RI 02903

Luana M. Steele