**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

November 30, 2005

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, 3rd Floor
Providence, RI 02903

Re: Speedy Trial Act Waiver in
U.S. v. Bobby Soundara, Case No. 1:05-M-140M

Dear Attorney Fitzgerald:

This letter is written to memorialize the agreement entered into by your client, Bobby Soundara, and the United States.

1. Mr. Soundara was arrested and charged on November 14, 2005 with malicious destruction of a building with personal injury resulting, in violation of 18 U.S.C. § 844(i). Due to the arrest, the Speedy Trial Act requires that an indictment or information be filed within 30 days. 18 U.S.C. §3161(b).

2. On today's date, the parties agreed that a period of time should be excluded from that 30-day period, pursuant to 18 U.S.C. §3161(h), so that the parties can engage in plea discussions which might resolve this matter. Specifically, we agree that a period of 45 days from the date of this letter, through January 14, 2006, shall be deemed excludeable time. The defendant, may however, withdraw his consent by filing through counsel a written notice with the government that any further plea negotiations would be fruitless.

3. By his signature below, Mr. Soundara agrees that the period of plea negotiations, not to exceed the period from November 30, 2005 to January 14, 2006, will be excluded from the Speedy Trial Act calculations; further, Mr. Torres knowingly and voluntarily waives any right to move to dismiss the Complaint in the above action based on a violation of the 30-day limit which includes the period which the parties agree should be excluded.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

For Mr. Soundara
BOBBY SOUNDARA DATE

11-30-5
KEVIN FITZGERALD, ESQ. DATE

cc: Gerard B. Sullivan, AUSA
Criminal Chief