UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 01 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:05-M-140M |
| | : | |
| BOBBY SOUNDARA | : | |

**GOVERNMENT'S MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, and, pursuant to 18 U.S.C. §3161(h), moves to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. §3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed in writing that the period from November 30, 2005 through (but no later than) January 14, 2006 be excluded from the §3161(b) time limit. The government moves that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. §3161(h).[1]

The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I). As indicated in Exhibit A, should defense

[1] The agreement, in the form of a waiver of rights under the Speedy Trial Act, is attached as Exhibit A to this Motion. The time from the filing of this Motion until its disposition, of course, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
December 2, 2005