IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 06 05-01S |
| | : | CR. No. |
| v. | : | Violations of 26 U.S.C. §§ |
| | : | 5841, 5861(d), and 5871 and |
| | : | 18 U.S.C. §§ 844(i) and 2 |
| | : | |
| ✓BOBBY SOUNDARA | : | |
| VANHHATDY SOUVAUNAXAB | : | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about the 11th day of September 2005, in the District of Rhode Island, the defendants, BOBBY SOUNDARA and VANHHATDY SOUVAUNAXAB, knowingly received and possessed a destructive device, to wit, a pipe bomb, which is not registered to said defendants in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d)and 5871.

COUNT 2

On or about the 11th day of September 2005, in the District of Rhode Island, the defendants, BOBBY SOUNDARA and VANHHATDY SOUVAUNAXAB, maliciously damaged and destroyed by means of fire and explosive materials, the building at 1 West Harry Street,

Cranston, Rhode Island, which building was used in and affecting interstate commerce, and which resulted in personal injury as a direct and proximate result of such conduct, in viol-tion of 18 U.S.C. §§ 844(i) and 2.

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

1/11/06