**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-05S** |
| | ) | |
| **BOBBY SOUNDARA** | ) | |

**MOTION TO WITHDRAW**

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Mr. Soundara has indicated that he has retained private counsel.

Respectfully submitted
Bobby Soundara
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 3rd day of ~~March,~~ April 2006 a true copy of the within motion to Richard Rose, Assistant United States Attorney, and mailed to William Dimitri, Esquire, 462 Broadway, Providence, RI 02909 on ~~March 14~~ April 3rd, 2006.