IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR. No.: 06-05-01S
:
BOBBY SOUNDARA :

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, BOBBY SOUNDARA, in the above-entitled matter.

Respectfully submitted,

Robert E. Craven (#2938)
50 Park Row West, Suite 100
Providence, RI 02903
Tel. (401) 453-2700
Fax (401) 453-1910

DATED: March 31, 2006

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on the 3rd day of ~~March,~~ April 2006 to the United States Attorney's Office at Fleet Center 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.