AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Bobby Soundara and Vanhhatdy Souvaunaxab

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-05-01&02S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Richard Rose | William Dimitri, Robert Craven, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/1/2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Justin Bowers. |
| | | | | | |
| 8 | | 9/1/06 | ✓ | Full | Laos Pride graffiti photograph. |
| 9 | | | ✓ | Full | Laos Pride graffiti photograph. |
| 10 | | | ✓ | Full | Laos Pride graffiti photograph. |
| 11 | | | ✓ | Full | Young Blood derogatory graffiti. |
| 12 | | | ✓ | Full | Young Blood derogatory graffiti. |
| 6 | | | ✓ | Full | "bKlood Storie" CD. |
| 6A | | | ✓ | Full | TRAnscript of "bKlood Storie". |
| 14 | | | ✓ | Full | Baseball bat with *LOCC* |
| 15 | | | ✓ | Full | Baseball bat with Laos Pride, Jr. |
| 1 | | | ✓ | Full | Photograph of victim's face |
| 2 | | | ✓ | Full | Photograph of victim's Leg. |
| 3 | | | ✓ | Full | Photograph of blast area |
| 4 | | | ✓ | Full | Photograph of pipe bomb. |
| 13 | | | ✓ | Full | Reebock Sneakers with LP |
| 16 | | | ✓ | Full | Letter of Victim dated 8/31/06. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.