**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-05S** |
| | ) | |
| **BOBBY SOUNDARA** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves this Honorable Court to continue the sentencing in this matter presently scheduled for March 30, 2007. In support of this request, counsel states that he is waiting to receive the sentencing transcript in this matter and will need the additional time to review the transcript, meet with the defendant and prepare a sentencing memorandum in this case.

Wherefore, the undersigned respectfully requests that the sentencing in this matter be continued for an additional three (3) weeks.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kristin Mattias, United States Probation Officer, and Peter Neronha, Assistant United States Attorney, on March 23, 2007.

/s/ Kevin J. Fitzgerald