**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-05S** |
| | ) | |
| **BOBBY SOUNDARA** | ) | |

---

**ENTRY OF APPEARANCE**

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby enters his appearance on behalf of the defendant, Bobby Soundara.

Respectfully Submitted
Bobby Soundara,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on April 13, 2007.

/s/ Kevin J. Fitzgerald