UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR06-0005S
)
BOBBY SOUNDARA )

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Bobby Soundara, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). After considering all the appropriate information present in this case, the Court should conclude that the statutory mandatory minimum sentence sufficiently to complies with 18 U.S.C. § 3553(a). Mr. Soundara requests the Court impose a sentence of 84 months in prison, which will be sufficient in this case to satisfy the purposes of sentencing.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kristin Mattias, United States Probation Officer, and Peter Neronha, Assistant United States Attorney, on April 26, 2007.

/s/ Kevin J. Fitzgerald