**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-06-0005-01S** |
| | : | |
| | : | |
| **BOBBY SOUNDARA** | : | |

**GOVERNMENT'S MOTION FOR UPWARD DEPARTURE**

The United States of America hereby moves for an upward departure pursuant United States Sentencing Guidelines Section 5K2.2, for the reasons set forth in the Government's Memorandum In Support of Motion For Upward Departure and Sentencing Memorandum, filed with the Court today.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: April 26, 2007

Certificate of Service

I hereby certify that on the 26th day of April 2007, I caused a copy of the within "Government's Memorandum In Support Of Motion For Upward Departure And Sentencing Memorandum" to be served by the electronic filing system on Kevin J. Fitzgerald, Assistant Federal Defender, counsel for the defendant.

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-06-0005-01S** |
| | : | |
| | : | |
| **BOBBY SOUNDARA** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR UPWARD DEPARTURE AND SENTENCING MEMORANDUM**

At a sentencing hearing in this matter conducted on September 1, 2006, the Court granted the government's motion for upward departure pursuant to United States Sentencing Guideline § 5K2.2, which provides for a substantial upward departure where "the victim suffers a major permanent disability and when such injury was intentionally inflicted." Having granted the government's motion, the Court determined that a six level increase in offense level was warranted, and ultimately, applying the sentencing factors set forth at 18 U.S.C. § 3553(a), sentenced the defendant to a term of imprisonment of 120 months.

Following sentencing, defendant filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255, on the grounds that his attorney had not properly advised him of his right to appeal his sentence. On February 16, 2007, the Court granted, without objection from the government, the defendant's motion, and continued the matter for re-sentencing. To the extent that any additional filing by the government is necessary for purposes of re-sentencing, the government now renews its motion for upward

departure under § 5K2.2, and recommends a sentence of 120 months imprisonment, for the reasons set forth in its original "Memorandum of Law In Support Of Its Motion For Upward Departure and Sentencing Memorandum", filed with the Court on August 28, 2006, and attached hereto as Exhibit A.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: April 26, 2007

Certificate of Service

I hereby certify that on the 26th day of April 2007, I caused a copy of the within "Government's Memorandum In Support Of Motion For Upward Departure And Sentencing Memorandum" to be served by the electronic filing system on Kevin J. Fitzgerald, Assistant Federal Defender, counsel for the defendant.

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov