**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-05S** |
| | ) | |
| **BOBBY SOUNDARA** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, Bobby Soundara, and hereby notices the appeal of his Judgment to the First Circuit Court of Appeals.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on May 11, 2007

/s/ Kevin J. Fitzgerald