## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States vs. Bobby Soundara

District Court Case No. 06-055 District of Rhode Island

Date Notice of Appeal filed 5-11-07 Court of Appeals Case No. 07-1789

Form filed on behalf of Bobby Soundara

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

### TRANSCRIPT ORDER

Name of Court Reporter Anne Clayton

Phone Number of Reporter ________

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☒ | Sentencing | 5-3-07 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) ________ | |
| ☐ | Testimony (specify ) ________ | |
| ☐ | Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Kevin J. Fitzgerald, AFPD Filer's Signature [signature]

Firm/Address Federal Public Defender Office, 10 Weybosset Street, Providence, RI 02903

Telephone number 401-528-4281 Date mailed to court reporter ________

(Court Reporter Use ONLY) Date received ________