MANDATE

USDC RI
Judge Smith
06-00005

# United States Court of Appeals
## For the First Circuit

---

No. 07-1789

UNITED STATES,

Appellee,

v.

BOBBY SOUNDARA,

Defendant, Appellant.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: March 24, 2008

The government's unopposed motion to remand for re-sentencing is granted. The Plea Agreement submitted below appears to contain an ambiguity as to whether the government may seek upward departures or other adjustments to the guidelines level. Since ambiguities in plea agreements are construed against the government, United States v. Newbert, 504 F.3d 180, 185 (1st Cir. 2007), we grant the government's motion, vacate the sentence, and remand this matter to the district court for resentencing before a different judge.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:________________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 4/15/08

[cc: Gordon Blackman Jr., Esq., Donald Lockhart, AUSA]