UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0005S |
| | ) | |
| BOBBY SOUNDARA | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Bobby Soundara, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing date, presently June 26, 2008, for a period of 30 days. Mr. Soundara submits the attached memorandum in support of this request.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Richard Rose, Assistant United States Attorney, on June 17, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0005S |
| | ) | |
| BOBBY SOUNDARA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Soundara has moved this Honorable Court to continue his sentencing. The defense asks for this continuance to complete its investigations. Mr. Soundara returns to this Court for resentencing and defense counsel needs the additional time to consult with him as well as appellate counsel. The government has no objection to this request.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Richard Rose, Assistant United States Attorney, on June 17, 2008.

/s/ Kevin J. Fitzgerald