UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR06-0005S
)
BOBBY SOUNDARA )

---

MOTION TO WITHDRAW

Now comes Bobby Soundara, the Defendant in the above captioned matter, by and through his counsel, and moves that this Honorable Court grant leave to withdraw the appearance of defense counsel, Assistant Federal Defender Kevin J. Fitzgerald. An irremediable breakdown in the attorney-client relationship has occurred to the degree that it is in Mr. Soundara's best interests to have a new attorney appointed to represent him in this matter.

Respectfully submitted
Bobby Soundara
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Richard Rose, Assistant United States Attorney, on August 4, 2008.

/s/ Kevin J. Fitzgerald