CA 06-005 ML

8/4/08

To whom this may concern.

My name is BOBBY SOUDARA and im writing you on my behalf of my current situation. My lawyer Kevin J. Fitzgerald is currently withdraw from my case and ask that I notify the courts to let them know. I asked Mr. Fitzgerald to file continous motions on my behalf and yet he failed to do so. I am respectfully asking that a new counsel be appointed to repersent me at this time. Right now im currently being held at Donald W. Wyatt center in central falls Rhode Island, pending the outcome of my case. Thankyou for your time.

Respectfully Submitted

x Bobby Soundara